UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GREGOIRE P. TOURNANT,<br>TREVOR L. TAYLOR, and<br>STEPHEN G. BOND-NELSON,<br><br>Defendants. | No. 1:22-cv-4016 |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
UNOPPOSED MOTION FOR ENTRY OF JUDGMENTS**

Plaintiff Securities and Exchange Commission ("SEC" or "Commission"), having reached partial settlements with Defendants Trevor L. Taylor ("Taylor") and Stephen G. Bond-Nelson ("Bond-Nelson"), respectfully moves the Court to enter judgments against Taylor and Bond-Nelson and states the following:

1. Attached hereto as Exhibit 1 is Taylor's executed Consent, setting forth the terms of his partial settlement with the SEC. Attached hereto as Exhibit 2 is the proposed Judgment that Taylor agreed to have entered by the Court.

2. Attached hereto as Exhibit 3 is Bond-Nelson's executed Consent, setting forth the terms of his partial settlement with the SEC. Attached hereto as Exhibit 4 is the proposed Judgment that Bond-Nelson agreed to have entered by the Court.

3. Both proposed Judgments would permanently enjoin Taylor and Bond-Nelson from violating certain provisions of the federal securities laws and provide that monetary remedies shall be decided by the Court at a later time on the SEC's motion.

1

4.  The SEC submits that the proposed Judgments are fair, reasonable, and in the public interest.

5.  In the attached Consents, Taylor and Bond-Nelson agreed to entry of the proposed Judgments and thus this motion is not opposed by Taylor or Bond-Nelson.

6.  The SEC further submits that this unopposed motion should be granted without the need for oral argument.

Accordingly, the SEC respectfully requests that the Court enter the proposed Judgments attached hereto as Exhibits 2 and 4.

Dated: May 17, 2022            Respectfully submitted,

/s/ Timothy K. Halloran
Timothy K. Halloran (*pro hac vice* pending)
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
Tel: 202-551-4414
Email: hallorant@sec.gov

## CERTIFICATE OF SERVICE

I certify that on May 17, 2022, I caused a copy of the foregoing document to be filed through the Court's ECF system, which will serve a copy on all counsel of record.

/s/ Timothy K. Halloran
Timothy K. Halloran