

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 28, 2022

**BY ECF and HAND DELIVERY**
The Honorable Louis L. Stanton
United States District Judge
500 Pearl Street
New York, New York 10007

>   Re:   Securities and Exchange Commission v. Gregoire Tournant,
>         22 Civ. 4016 (LLS)

Dear Judge Stanton:

  The Government respectfully submits this letter requesting the Court set a full briefing schedule for the Government's motion to intervene and stay the above-captioned case. On November 14, 2022, the Government submitted a pre-motion letter (Dkt. 28) pursuant to the Court's Individual Rules of Practice in Civil Cases indicating its intention to move to intervene and stay discovery in this action and requesting a pre-motion conference. On November 16, 2022, the SEC filed a short response to the Government's letter (Dkt. 29), and on November 18, 2022 defendant Gregoire Tournant likewise filed a response (Dkt. 30).

  In light of these responses, the Government respectfully requests the Court set a full briefing schedule so that the issues may be comprehensively addressed. The Government respectfully proposes a deadline of December 16, 2022 for the motion; January 20, 2023 for opposition; and February 10, 2023 for any reply. The SEC does not object. Tournant objects to setting a briefing schedule at this time and prefers to proceed to a pre-motion conference.

>  Respectfully submitted,
>
>  DAMIAN WILLIAMS
>  United States Attorney
>
>  By:     /s/
>        Allison Nichols
>        Margaret Graham
>        Nicholas Folly
>        Assistant United States Attorneys
>        (212) 637-2366 / 2923 / 1060

cc: All Counsel (by ECF)