ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED  12/12/22
```

SECURITIES AND EXCHANGE COMMISSION,

           Plaintiff,

    - against -

GREGOIRE P TOURNANT,

           Defendant.

22 Civ. 4016 (LLS)

ORDER

The issues raised in the Government's November 14, 2022 letter (Dkt. No. 28) and at the pre-motion conference held on December 9, 2022 are disposed of as follows:

(1) Discovery will proceed in accordance with the Federal Rules of Civil Procedure after Defendant answers the Complaint (Dkt. No. 1) filed by the Securities and Exchange Commission on May 17, 2022;

(2) Discovery is stayed with respect to individuals who have a facial Fifth Amendment privilege against self-incrimination until the Government's criminal case is completed;

(3) The Government's motion to intervene is denied.

So Ordered.

Dated:    New York, New York

December 12, 2022

                                   *Louis L. Stanton*

                                   LOUIS L. STANTON

                                      U.S.D.J.