Case 1:22-cv-04016-LLS   Document 42   Filed 03/01/23   Page 1 of 1

ORIGINAL

## LEVINE LEE LLP
### NEW YORK

1500 Broadway, Suite 2501
New York, New York 10036
212 223 4400 main
www.levinelee.com

Seth L. Levine
212 257 4040 direct
slevine@levinelee.com

MEMO ENDORSED

March 1, 2023

**VIA ECF**
The Honorable Louis L. Stanton
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/3/23

Re:   *SEC v. Gregoire Tournant, et al.*, 22 Civ. 4016 (LLS)

Dear Judge Stanton:

On behalf of Defendant Gregoire Tournant, with the consent of the Securities and Exchange Commission (the "SEC"), we respectfully request that the Court reschedule the initial conference, which is currently set for March 17, 2023 at 3:00 pm. (ECF No. 41.) We have conferred with the SEC, and the parties would be available for the initial conference on March 22 or 23. We therefore respectfully request that the initial conference be rescheduled for either March 22 or 23, if convenient for the Court. This is the parties' first request to reschedule the initial conference.

Respectfully submitted,

/s/ Seth L. Levine
Seth L. Levine
Alison M. Bonelli

cc:   All Counsel (via ECF)

*Adjourned to Thursday March 23, 2023 at 3 o'clock PM.*

*Louis L. Stanton*
*3/3/23*