**Linklaters**

Hon. Louis L. Stanton, U.S.D.J.
United States Courthouse
500 Pearl Street
New York, New York 10007

Linklaters LLP
601 13th St NW
Washington, DC 20005
Telephone (+1) 212 903 9000
Facsimile (+1) 212 903 9100
Direct Line (+1) 212 903 9145
adam.lurie@linklaters.com

<u>**VIA ECF**</u>                                                                                       March 17, 2023

**Re: Securities and Exchange Commission v. Gregoire P. Tournant et al., Case No. 1:22-cv-4016 (LLS)**

Dear Judge Stanton:

    We represent Defendant Stephen G. Bond-Nelson in this matter and respectfully request permission to attend the Initial Status Case Status Conference scheduled for March 23, 2023, virtually or telephonically.

    Mr. Bond-Nelson has already settled with the SEC on the issues of liability and injunctive relief. Doug Davison and I are located in Washington, D.C., and while Stephanie Sebastian is located in New York, NY, she will be traveling outside of the county. We hope to limit expenses for our client, and to otherwise maximize his efficient representation. Further, we have spoken with the SEC, and they have no objections to us participating remotely at the upcoming Initial Case Status Conference.

    Thank you for your consideration of this matter.

                                                  Respectfully submitted,

                                                  */s/ Adam S. Lurie*
                                                  Adam S. Lurie
                                                  Douglas J. Davison
                                                  Stephanie R. Sebastian
                                                  Linklaters LLP
                                                  601 13th St NW
                                                  Washington, DC 20005

                                                  Counsel for Defendant Stephen G. Bond-Nelson