

Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
+1 212 698 3500  Main
+1 212 698 3599  Fax
www.dechert.com

**JONATHAN STREETER**

Jonathan.Streeter@dechert.com
+1 212 698 3826  Direct
+1 212 314 0049  Fax

March 21, 2023

**VIA ECF**

Hon. Louis L. Stanton
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

*Re:  Securities and Exchange Commission v. Gregoire P. Tournant et al., No. 1:22-cv-4016 (LLS)*

Dear Judge Stanton:

We represent Defendant Trevor L. Taylor in this matter.  We respectfully request permission to attend the March 23, 2023 initial conference virtually or telephonically.

Mr. Taylor has already settled with the Securities and Exchange Commission ("SEC") in this matter with respect to liability and injunctive relief.  I will be traveling out of town on the date of the initial conference, and Mr. Kelly is located in Washington, DC.  We have spoken with the SEC, and they have no objection to our participating in the initial conference virtually or telephonically.

We appreciate the Court's consideration of this request.


Sincerely,

*/s/ Jonathan R. Streeter*

| | |
|---|---|
| Jonathan R. Streeter | Anthony S. Kelly (*pro hac vice*) |
| Dechert LLP | Dechert LLP |
| 1095 Avenue of the Americas | 1900 K Street N.W. |
| New York, NY 10036 | Washington, DC 20006 |
| 212-314-3826 | 202-261-3495 |
| jonathan.streeter@dechert.com | anthony.kelly@dechert.com |

Counsel for Defendant Trevor L. Taylor